**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 8 MM 2021

             Respondent             :

            v.                :

PHIL WILLIAM FINN, JR.,          :

             Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner has 30 days from this order in which to submit his Petition for Allowance of Appeal.